HENRY HAMMERSTAD, Respondent, *v.* THE NORWEGIAN NEWS COMPANY, Appellant.

*Hammerstad* v. *Norwegian News Co.*, 153 App. Div. 910, appeal dismissed.

(Submitted April 21, 1913; decided April 29, 1913.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second

judicial department, entered December 3, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for services and for money loaned.

The motion was made upon the grounds that the Court of Appeals had no jurisdiction to entertain the appeal; that the Appellate Division had unanimously decided that the verdict was supported by the evidence; that the exceptions were frivolous and that no questions of law were presented for review.

*Martin H. Latner* for motion.

*David C. Bennett, Jr.,* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.